UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00106-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DARLEISE PADEN,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, September 24, 2010 at 2:30 p.m. in courtroom A-1002.** It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, October 4, 2010, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: August 17, 2010

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge