IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

Criminal Action No. 10-cr-00106-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DARLEISE PADEN,

    Defendant.

---

## ORDER EXONERATING BOND

---

As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 30th day of August, 2010.

BY THE COURT:


s/ Wiley Y. Daniel
CHIEF UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO